SETTLEMENT DATE: SEPTEMBER 13, 2012

WILK AUSLANDER LLP
1515 Broadway, 43rd Floor
New York, NY 10036
(212) 981-2300
Eric J. Snyder, Esq.
*Counsel for Matthew C. Harrison, Jr.,*
*Trustee of the Jesup Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| JESUP & LAMONT, INC., *et al.* | Case No. 10-14133 (ALG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| MATTHEW C. HARRISON, JR., CONFIRMATION TRUSTEE OF THE JESUP LIQUIDATING TRUST, as successor-in-interest to JESUP & LAMONT, INC., | |
| Plaintiff, | |
| - against - | Adv. Pro. No. 12-01169 (ALG) |
| STEVEN RABINOVICI AND ALAN WEICHSELBAUM, | |
| Defendants. | |

---------------------------------------------------------------x

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the annexed order will be presented for signature to the Honorable Allan L. Gropper, United States Bankruptcy Judge, on September 13, 2012. Counterproposals, if any, are due as set forth in the local bankruptcy rules for the Southern District of New York.

648213v1

1

Dated: New York, New York
      September 7, 2012

                                            WILK AUSLANDER LLP
                                            *Attorneys for Plaintiff*

                                            By: /s/ Eric J. Snyder
                                                  Eric J. Snyder, Esq.
                                            1515 Broadway, 43rd Floor
                                            New York, NY 10036
                                            (212) 981-2300

TO:    Robert C. Boneberg, Esq.
         Lowenstein Sandler PC
         1251 Avenue of the Americas
         New York, New York 10020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :    (Chapter 11)
                                                            :    Case No. 10-14133 (ALG)
JESUP & LAMONT, INC., *et al.*                              :
                                                            :    (Post-Confirmation Cases)
                                           Debtors.         :
------------------------------------------------------------x
MATTHEW C. HARRISON, JR.,                                   :
CONFIRMATION TRUSTEE                                        :
OF THE JESUP LIQUIDATING TRUST, as                          :
successor-in-interest to                                    :
JESUP & LAMONT, INC.,                                       :
                                                            :
                                           Plaintiff,       :
                                                            :
         - against -                                        :    Adv. Pro. No. 12-01169 (ALG)
                                                            :
STEVEN RABINOVICI AND                                       :
ALAN WEICHSELBAUM,                                          :
                                                            :
                                           Defendants.      :
------------------------------------------------------------x

## ORDER DENYING MOTION TO DISMISS

Upon the motion (the "Motion to Dismiss") of Steven Rabinovici and Alan Weichselbaum, the defendants herein, to dismiss the complaint filed by Matthew C. Harrison, Jr., the plaintiff herein, pursuant to Federal Rule of Bankruptcy Procedeure 7012(b)(1), for the reasons set forth in the Memorandum Decision [ECF Doc. #11], entered on September 4, 2012, it is hereby

**ORDERED**, that the Motion to Dismiss is denied.

Dated: New York, New York
       September __, 2012

                                                            _____
                                                            HONORABLE ALLAN L. GROPPER
                                                            UNITED STATES BANKRUPTCY JUDGE

648226v1