UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                      :
                                                            :
JESUP & LAMONT, INC. and                                    :   Case No. 10-14133 (ALG)
JESUP & LAMONT SECURITIES                                   :   (Jointly Administered)
CORPORATION,                                                :
                        Debtors,                            :
                                                            :
-------------------------------------------------------------x
MATTHEW C. HARRISON, JR.,                                   :
CONFIRMATION TRUSTEE                                        :
OF THE JESUP LIQUIDATING TRUST,                             :   Adv. Pro. No. 12-01169 (ALG)
                                                            :
                        Plaintiff,                          :
                                                            :
                                                            :
        - against -                                         :
                                                            :
STEVEN RABINOVICI and ALAN                                  :
WEICHSELBAUM,                                               :
                                                            :
                        Defendants.                         :
-------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**Richard C. Wolter, Esq.**, certifies as follows:

   1.   I am an attorney with the law firm of Lowenstein Sandler PC, Attorneys for Defendants Steven Rabinovici and Alan Weichselbaum in the above captioned matter.

   2.   I hereby certify that on October 12, 2012, I caused the *Answer, Affirmative Defenses, and Jury Demand of Defendants Rabinovici and Weichselbaum* to be e-filed with the United States Bankruptcy Court for the Southern District of New York and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

   3.   I further certify that on October 12, 2012, I caused a true and correct copy of the forgoing document to be served upon Stuart M. Riback, Esquire, c/o Wilk Auslander LLP,

25663/2
10/12/2012 **21801052.1**

-2-

1515 Broadway, New York, NY 10036, Attorneys for Matthew C. Harrison, Jr., Confirmation Trustee of the Jesup Liquidating Trust, via first-class mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 12, 2012

                                                Richard C. Wolter